UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BELINDA MCKAY                                         CIVIL ACTION

VERSUS

WALMART INC., ET AL.                                  NO. 22-00469-BAJ-RLB

### RULING AND ORDER

On December 12, 2022, the Magistrate Judge issued a **Report And Recommendation (Doc. 16, the "R&R")** recommending that Plaintiff's **Motion To Remand (Doc. 2)** be granted and that the above-captioned action be remanded to the Twenty-First Judicial District Court for the Parish of Livingston, State of Louisiana, due to Defendants' failure to timely remove Plaintiff's action to this Court pursuant to 28 U.S.C. § 1446(b). Defendants object to the R&R. (Doc. 17).

Having carefully considered Defendants' Notice of Removal and Amended Notice of Removal (Docs. 1, 11), the parties' memoranda setting forth their respective positions regarding whether Defendants' removal was timely (Docs. 2, 11), the relevant evidentiary record, and Defendants' objection to the R&R (Doc. 17), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion To Remand (Doc. 2)** be and is hereby **GRANTED**, and that this action be and is hereby immediately **REMANDED** to the Twenty-First Judicial District Court for the Parish of Livingston, State of

21st JDC

Louisiana.

Baton Rouge, Louisiana, this 10th day of January, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**